UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

| | |
|---|---|
| OSVALDO PATRIZZI, | : Docket No. 11-CV-2386 (PAE) |
| Plaintiff, | : NOTICE OF MOTION<br>  FOR SANCTIONS AGAINST |
| - against - | : PLAINTIFFS' COUNSEL<br>  PURSUANT TO RULE |
| BOURNE IN TIME, INC., ANTIQUORUM S.A.,<br>ANTIQUORUM USA, INC., EVAN ZIMMERMANN,<br>and WILLIAM ROHR, | : 11(C)(2) OF THE FEDERAL<br>  <u>RULES OF CIVIL PROCEDURE</u><br>: |
| Defendant, | : |

------------------------------------------------X

C O U N S E L:

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Jason Canales, Esq., sworn to on the 16th day of October, 2012, and all of the pleadings and proceedings heretofore had herein, the undersigned hereby moves this Court for an Order, pursuant to Fed. R. Civ. P. Rule 11, awarding appropriate monetary sanctions against Plaintiff's attorneys, Michael A. Haskel, Esq. and Kerry Gotlib, Esq., for commencing and maintaining purported claims against the Defendants which (i) were presented for improper purposes – *to wit*, to publicize the action so as to gain a competitive advantage over the Defendants and/or to attempt to compel the Defendants to compromise other pending actions; (ii) are not warranted by existing law or a nonfrivolous argument for extending, modifying or reversing existing law; and (iii) were brought primarily to harass the Defendants and cause them to incur unnecessary litigation expenses.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1 of the Local Civil Rules for the Southern and Eastern Districts of New York, answering papers, if any, must be served within fourteen (14) business days after the service of these moving papers.

924171v1 013781.0101

Dated: October 16, 2012

                                            **MOSES & SINGER LLP**

                                            By: _____
                                                   Jason Canales (JC9692)
                                            *Attorneys for Defendants*
                                            The Chrysler Building
                                            405 Lexington Avenue
                                            New York, NY  10174-1299
                                            Telephone:  (212) 554-7875

TO:    MICHAEL A. HASKEL, ESQ.
          Law Offices of Michael A. Haskel
          167 Willis Avenue
          Mineola, NY  11501

          KERRY GOTLIB, ESQ.
          80 Fifth Avenue, 12th Floor
          New York, NY  10002